AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lungstrum, John W. | 2. Court or Organization<br><br>USDC, District of Kansas | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>517 U.S. Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor from the Judiciary | University of Kansas School of Law (as approved by Chief Judge of my Circuit) |
| 2. Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 P 2: 56 FINANCIAL DISCLOSURE OFFICE

Lungstrum_John_W

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | University of Kansas income for approved teaching | $8,426.47 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | 05/03/08 - 05/05/08 | Pentagon City, VA | Board of Directors Meetin | Travel Expenses |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Morgan Stanley Liquid Asset Fund (Money Mkt) | A | Dividend | K | T | Deps. & W/ds | | | | |
| 2. | Morgan Stanley Pacific Growth (Mutual Fund) | A | Dividend | | | Donated | | | | |
| 3. | Morgan Stan. Focus Gr Fd f/k/a Am Opp Fund (Mut Fd) | A | Distribution | | | Donated | | | | |
| 4. | Westar Ener Inc f/k/a Western Resources Inc. (Common stock) | B | Dividend | | | Donated | | | | |
| 5. | Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 6. | Kansas State DOT (Bond) | B | Interest | K | T | | | | | |
| 7. | Lawrence KS GO (Bond) | A | Interest | J | T | | | | | |
| 8. | Johnson Co Wtr Dist (Bond) | B | Interest | K | T | | | | | |
| 9. | Kansas St. Hwy Rev (Bond) | A | Interest | J | T | | | | | |
| 10. | Derby GO (Bond) | B | Interest | K | T | | | | | |
| 11. | Kansas St Dev U (Bond) | A | Interest | J | T | | | | | |
| 12. | Johnson Co Pk & Rec (Bond) | A | Interest | J | T | | | | | |
| 13. | Topeka KS GO (Bond) | A | Interest | J | T | | | | | |
| 14. | Coffeyville Electric Utility (Bond) | A | Interest | J | T | | | | | |
| 15. | Johnson Co Wtr Dist (Bond) | A | Interest | J | T | | | | | |
| 16. | Independent Bank (CD) | A | Interest | | | Donated | | | | |
| 17. | Discover Bank (CD) | A | Interest | | | Donated | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cowley county USD (Bond) | A | Interest | K | T | | | | | |
| 19. EV Kansas Municipals (Mutual fund | B | Interest | L | T | | | | | |
| 20. IRA | E | Interest | O | T | | | | | |
| 21. -MSDW Liq. Asset (Money market fund) | | | | | | | | | |
| 22. -MSDW Mid-Cap Growth FD (Mutual Fund) | | | | | Sold (part) | 07-16 | J | A | |
| 23. -Select Future Fund (Mutual Fund) | | | | | | | | | |
| 24. -MSDW Real Estate Fund (Mutual Fund) | | | | | | | | | |
| 25. -MSIF Small Cap Value Instl (Mutual Fund) | | | | | Sold (part) | 10-15 | J | A | |
| 26. -MSDW International Fund D (Mutual Fund) | | | | | | | | | |
| 27. -Sempra Energy (Bond) | | | | | | | | | |
| 28. -General Motors Acceptance Corp. (Bond) | | | | | | | | | |
| 29. -May Dept. Stores Co. (Note) | | | | | | | | | |
| 30. -Financing Corp. Ser 1 (Treasury) | | | | | Redeemed | 11-11 | J | A | |
| 31. -Financing Corp. Ser D (Treasury) | | | | | | | | | |
| 32. -MSDW S&P 500 Index (Mutual Fund) | | | | | | | | | |
| 33. -Van Kampen Comstock 1 (Mutual Fund) | | | | | | | | | |
| 34. -Fidelity Advisor Mid Cap A (Mutual Fund) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ing Int'l Value A (Mutual Fund) | | | | | | | | | |
| 36. -Janus Mid Cap Value FD (Mutual Fund) | | | | | Sold (part) | 10-15 | J | A | |
| 37. -MSDW S&P 500 Index Fund B (Mutual Fund) | | | | | | | | | |
| 38. -Davis New York Venture A (Mutual Fund) | | | | | | | | | |
| 39. -RS Partners Fund (Mutual Fund) | | | | | | | | | |
| 40. -SBC Communications Inc. (Bond) | | | | | | | | | |
| 41. -MSDW Equally Weighted S&P 500 (Mutual Fund) | | | | | | | | | |
| 42. -Oppenheimer Int'l Bond FD (Mutual Fund) | | | | | | | | | |
| 43. -Canada Government (Bond) | | | | | Redeemed | 09-02 | K | A | |
| 44. -EV Income Fund of Boston A (Mutual Fund | | | | | | | | | |
| 45. -Fidelity ADV DVRSFD Int'l A (Mutual Fund) | | | | | | | | | |
| 46. -Forward Hoover Sm Cap Eqi Inv (Mutual Fund) | | | | | | | | | |
| 47. -Virtus Real Estate Sec A fka Phoenix RE Sec A (mutual fund) | | | | | | | | | |
| 48. -MS Charter Graham (Mutual Fund) | | | | | | | | | |
| 49. -MS Charter Aspect L (Mutual Fund) | | | | | | | | | |
| 50. -MS Spectrum Tech (Mutual Fund) | | | | | | | | | |
| 51. -Hartford Cap Apprec A (Mutual Fund) | | | | | Sold (part) | 07-16 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -Lazard Emerging Markets I (Mutual Fund) | | | | | | | | | |
| 53.   -MS Emerging Mkts Domestic Debt (Mutual Fund) | | | | | | | | | |
| 54.   -Van KMPN Dynamic CR OPP Fund (Mutual Fund) | | | | | | | | | |
| 55.   -MSIF US Large Cap GR Port A | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

I have treated reinvestment programs as exempt because they merely represent a change in the form of the asset.

With regards to the "donations" shown of Morgan Stanley Pacific Growth Fund; Morgan Stanley Focus Group Fund; Westar Energy, Inc.; Independent Bank (CD); and Discover Bank (CD), these assets were in an investment account belonging to ▇▇▇▇▇▇ on which I was listed as a ▇▇▇ tenant for ease of management. As of December 1, 2008, my name was removed from the account. I never had an actual ownership interest in these assets but have always listed them on my report because of the form in which they were held. I described this as a donation for want of a better term.

With regard to the IRA (line 20), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544